U.S. DISTRICT COURT
SAVANNAH DIV.

2019 JUL 18 AM 9: 34

CLERK
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No: 4:19CR102 |
| | ) | |
| OKEMI MON LAWTON, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

This matter is before the Court on the Motion for Leave of Absence by Kathleen Davis,

counsel for Defendant, for the dates of August 8, 2019 through August 9, 2019; September 12,

2019 through September 13, 2019; and November 13, 2019 through November 15, 2019. (Doc.

10.) After careful consideration, said Motion is **GRANTED**.

**SO ORDERED**, this 17th day of July, 2019.

CHRISTOPHER L. RAY
MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA