UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

U.S. DISTRICT COURT
SAVANNAH DIV.

2019 AUG 29 AM 10: 13

CLERK
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| OKEMI MON LAWTON | ) | CAUSE NO. 4:19-CR-00102 |

ORDER GRANTING LEAVE OF COURT

THE COURT, having been duly advised, and noting no objections having been filed, now grants the request of KATHLEEN DAVIS, attorney for the defendant in the above-captioned criminal action. Accordingly, counsel shall be permitted Leave of Court for family matters on the following days, pursuant to Georgia Uniform Court Rule 16.

a.   The afternoon of October 2 and the entire day of October 3 for professional legal education.

b.   December 23– 27 for personal family vacation.

So ordered this 29th day of August , 2019.

Magistrate JUDGE, SOUTHERN DISTRICT OF GEORGIA
U.S. DISTRICT COURT