# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 4:19CR102 |
| | ) | |
| OKEMI MON LAWTON, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Counsel in the above-captioned case have advised the Court that some pretrial motions have been complied with and the issues raised in the following motions have been resolved by agreement. The following motions filed in this case are DISMISSED AS MOOT:

(Doc. 21) First Motion for Release of Brady Materials;
(Doc. 22) First Motion for Discovery Pursuant to Local Rule;
(Doc. 23) First Motion for Discovery;
(Doc. 24) First Motion Access to Witnesses;
(Doc. 25) First Motion for Bill of Particulars;
(Doc. 26) First Motion for Disclosure of Rule 404(B) Evidence;
(Doc. 27) First Motion for Disclosure of Seized Evidence;
(Doc. 28) First Motion to Participate in Voir Dire;
(Doc. 29) First Motion to Compel Disclosure of Deals with Government Witnesses;
(Doc. 30) First Motion for Disclosure of Witnesses;
(Doc. 31) First Motion to Preserve Evidence; and,
(Doc. 32) First Motion to Reveal Existence of Confidential Informant.

The remaining motions (Doc. 33) First Motion to Suppress, along with (Doc. 36) Motion to Strike Defendant's Motion to Suppress, and (doc. 42.) Amended Motion to Suppress have been set for hearing by separate Order.

SO ORDERED, this 22nd day of October 2019.

*[signature: Christopher L. Ray]*

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA