# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | 4:19CR102 |
| OKEMI MON LAWTON, | ) | |
| Defendant. | ) | |

## MINUTE ORDER

Defendant's First Motion to Suppress (Doc. 33) and the Government's Motion to Strike Defendant's Motion to Suppress (Doc. 36) are DISMISSED.

Oral argument was held regarding the defendant's Amended Motion to Suppress (Doc. 42) and that motion was TAKEN UNDER ADVISEMENT.

**SO ORDERED** this 31st day of October 2019.

_____
**US MAGISTRATE JUDGE CHRISTOPHER L. RAY
SOUTHERN DISTRICT OF GEORGIA**