# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR419-102 |
| | ) | |
| OKEMI LAWTON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On November 27, 2019, the undersigned recommended to the District Judge that defendant Okemi Lawton's suppression motion be denied. Doc. 53. Before the expiration of the period to file objections to the Report and Recommendation, defendant filed a request to extend the period for filing those objections to allow for the preparation of a transcript of the suppression hearing. *See* doc. 54. Counsel also requested funds for preparation of that transcript be approved. Doc. 55.

Defendant's request for an extension to the objection period is **GRANTED**. Doc. 54. Pursuant to defendant's request, *id.* at 2, the Court finds that the ends of justice served by granting additional time to for defendant to prepare and file objections in order pending the preparation of a transcript of the October 31, 2019 suppression hearing outweigh the interests of the public and defendant in a speedy trial. 18 U.S.C. §

3161(h)(7). Accordingly, the period between the date of this order until fourteen days after the transcript is prepared and filed on the docket shall be excluded from the calculation of the time within which the trial in this case must commence.

Defense counsel also requests approval for funds to prepare a transcript of the October 31, 2019 hearing. Doc. 55. The relevant statute provides that "[f]ees for transcripts furnished in criminal proceedings to persons proceeding under the Criminal Justice Act (18 U.S.C. § 3006A) . . . shall be paid by the United States out of moneys appropriated for those purposes." 18 U.S.C. § 753(f). In order to process defendant's request, counsel should complete Form CJA 24, Authorization and Voucher for Payment of Transcript, available from the Clerk of Court or the United States Courts website. Upon completion of that form and submission to the Clerk, defendant's request will be processed and the transcript prepared. The Clerk is **DIRECTED** to **TERMINATE** the pending motion for fees as moot. Doc. 55.

**SO ORDERED,** this 16th day of December, 2019.

_Christopher L. Ray_
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA