UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR419-102 |
| | ) | |
| OKEMI LAWTON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Court granted Defendant Lawton additional time to file objections to the Report and Recommendation recommending his suppression motion be denied. Doc. 56. The extension granted has not expired, but defendant has moved to "withdraw" the motion. Doc. 59. Since the motion has already been granted, it may not be withdrawn. The motion is, therefore, **DENIED**. Doc. 59.

The Court will, however, construe the motion as defendant's notice that he does not intend to object to the Report and Recommendation. Accordingly, the Court will consider the objections period closed. The Clerk is, therefore **DIRECTED** to submit the Report and Recommendation to the assigned district judge for review, pursuant to the instructions included in that document. *See* doc. 53 at 20-21.

**SO ORDERED,** this 13th day of February, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA