# In the United States District Court
# for the Southern District of Georgia
# Savannah Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.                        ) | CR 419-102 |
| ) | |
| OKEMI MON LAWTON,         ) | |
| ) | |
| Defendant.                ) | |

**ORDER**

On February 13, 2024, pursuant to Defendant Okemi Lawton's motion, the Court ordered Defendant's sentence be reduced from ninety months' imprisonment to seventy-four months' imprisonment. Dkt. No. 156. Now before the Court is Defendant's letter/motion requesting a "complete copy of this Order." Dkt. No. 160 at 1. That is, Defendant received only page one of the two-page Order, and he is concerned that "page one does not have all the necessary information for [the Bureau of Prisons] to correctly make the necessary changes" to his sentence. Id.

Defendant is correct that the Court's February 13, 2024 Order consists of two pages. He received only the first page because the second page is not for public disclosure. However, the Court transmitted both pages of the Order to the Bureau of Prisons on February 13, 2024. Therefore, the Bureau of Prisons has the information it needs to reduce Defendant's term of imprisonment

from ninety months to seventy-four months.

Because the Bureau of Prisons has already received the requested second page of the Court's February 13, 2024 Order, Defendant's motion, dkt. no. 160, is **DENIED as moot**.

**SO ORDERED** this \_17\_ day of June, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA